1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   ANDREA GINA NUNEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | 4-12-71010 MAG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE; ORDER |
| v. | |
| ANDREA GINA NUNEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of September 14, 2012 presently scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for September 19, 2012 at 9:30 a.m.

///

///

4-12-71010 MAG
Stipulation to Continuance; Order                    1

The requested continuance is necessary because the parties require additional time to determine when Ms. Nunez's next court date will be in the Western District of Texas.

Date: September 13, 2012          /s/
                                  ELLEN V. LEONIDA
                                  Assistant Federal Public Defender
                                  Counsel for defendant ANDREA NUNEZ


Date: September 11, 2012          /s/
                                  MAUREEN C. ONYEAGBAKO
                                  Assistant United States Attorney


**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 19, 2012 at 9:30 a.m., before the Honorable Donna M. Ryu.

IT IS SO ORDERED.

September 12, 2012
Date                              HON. DONNA M. RYU
                                  UNITED STATES DISTRICT JUDGE